UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| DEREK TAPP | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:02-cr-22 |
| | ) | (2:12-cv-313) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

As directed by the court in its Memorandum and Order, Petitioner's Motion to Vacate, Set Aside or Correct His Sentence, doc. 203, is **DENIED** and is **DISMISSED**.

For the reasons set out in the Memorandum and Order, no Certificate of Appealability will be granted.

The Clerk is **DIRECTED** to close the civil file.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
  s/ Debra C. Poplin
  CLERK OF COURT